January 7, 2015

Re: Case No: 12-13-00368-CR

Trial Court No: 114-1144-13

Mr. Fernando Saucedo
Smith County Jail #163102
2616 E. Elm
Tyler, Tx 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

JAN 09 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Dear Clerk:

On January 7, 2015, Mr. Saucedo recieved two letters at the Smith County Jail. The first dated Dec 15, 2014 stating he needed to "forward a 'proper' certificate on or before Monday, Dec. 29, 2014. This letter was incorrectly mailed to Bradshaw State Jail and therefore was not recieved in time to file the Certificate of Service. The second letter dated Dec 31, 2014 stated his Motions were overruled.

Mr. Saucedo does not read or write English and is unable to understand any of this so I helped him ask the court for assistance because Smith County Jail does not provide an adequate law library or anyone to help translate his transcript or letters. He is currently in a tank without anyone who speaks or reads Spanish. He was having the same problem in Bradshaw as well. He says his previous Attorney Mr. Huggler Jr. withdrew as Counsel.

Enclosed please file his "Motion to Compel Legal Access in Spanish and/or in the Alternative Appoint Counsel" and "requesting transcript be provided in Spanish."

Please send him his trial docket sheet

Fernando Saucedo

January 7, 2015

RE: Case No: 12-13-00368CR
Trial Ct No: 114-1144-13

FILED IN COURT OF APPEALS
12th Court of Appeals District
JAN 09 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Mr. Fernando Saucedo
Smith County Jail # 163102
206 E. Elm
Tyler, Tx 75702

"Honorable Court

Please consider this letter "Motion to compel Legal Access in Spanish and/or in the Alternative Appoint Counsel and "Motion to provide Transcripts in Spanish. Defendant is Pro Se and is unable to read or write English. He has recieved letters from the Court and is unable to understand the proceedings. Defendants Counsel withdrew representation and therefore Defendant needs a form of Access to the Courts in Spanish or with a Translator to be able to comprehend. Defendant only has a third grade education.

Defendant prays this Court grant these Motions and grant relief in the above Cause Numbers.

Respectfully Submitted,
Fernando Saucedo

Certificate of Service

This will certify that on the 7th day of January, 2015 Fernando Saucedo, filed the above Motions in this cause. pro se, in accordance with Tex. R. APP. P. 9.5.